**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

RAFFIELD FISHERIES, INC.; MOTOR
VESSEL THREE BROTHERS, INC.;
MOTHER VESSEL CAPTAIN CARL, INC.;
MOTHER VESSEL LADY EVELYN, INC.;
MOTHER VESSEL FISHERMANS PRIDE,
INC.; and CAPTAIN SALTY, INC.,

    Plaintiffs,

vs.                                          CASE NO. 5:10cv114/RS-EMT

BP, PLC; BP EXPLORATION & PRODUCTION,
INC.; BP AMERICA PRODUCTION COMPANY;
BP PRODUCTS NORTH AMERICA, INC.; BP
AMERICA, INC.; TRANSOCEAN, LTD; TRANSOCEAN
OFFSHORE DEEPWATER DRILLING, INC.;
TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN
HOLDINGS, LLC; HALLIBURTON ENERGY
SERVICES, INC.; ANADARKO PETROLEUM
CORP.; ANADARKO E&P COMPANY, L.P.; MOEX
USA CORPORATION; MOEX OFFSHORE 2007, LLC;
and CAMERON INTERNATIONAL CORPORATION
f/k/a/ COOPER CAMERON CORPORATION,

    Defendants.
_____/

## ORDER

Before me is the Motion For Stay Of Proceedings Pending Transfer By the Judicial Panel Of Multidistrict Litigation (Doc. 20) filed by Defendants, BP Exploration & Production, Inc.; BP America Production Company; BP Products North America, Inc.; and BP America, Inc.

**IT IS ORDERED** that all activity in this case is stayed until further order by this court pending a final determination by the Judicial Panel on Multidistrict Litigation.

**ORDERED** on June 14, 2010.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**